IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CITIA WELLS and                                                                PLAINTIFFS
ROBERT D. BELL, JR.

V.                          CASE NO. 3:18-CV-00193-JM-JTK

JEFF MASON                                                                      DEFENDANT

## ORDER

Plaintiffs' motion to proceed *in forma pauperis* is GRANTED. (DE # 1) Plaintiffs' case may proceed without prepayment of costs or fees or the necessity of giving security therefor.

IT IS THEREFORE ORDERED that the Clerk of Court shall prepare summons for the Defendant and pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure, the United States Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on the defendant in this action.

The Marshal shall serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 16th day of October, 2018.

_____
UNITED STATES MAGISTATE JUDGE