IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CITIA WELLS and                                                          PLAINTIFFS
ROBERT D. BELL, JR.

V.                    CASE NO. 3:18-CV-00193-JM-JTK

JEFF MASON                                                                DEFENDANT

# ORDER

The Court has received Magistrate Judge Jerome Kearney's recommended disposition. After careful review of the recommendation and the timely objections thereto, the Court concludes that the recommendation should be, and is hereby, approved and adopted as this Court's findings in all respects.

SO ORDERED this 29th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE