IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CITIA WELLS and
ROBERT D. BELL, JR.                                                                  PLAINTIFFS

V.                CASE NO. 3:18-CV-00193-JM-JTK

JEFF MASON                                                                DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Defendant's Motion to Dismiss (DE #13) and Motion to Remand to State Court (DE # 15) is GRANTED.

SO ORDERED this 29th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE